In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-241 CR


____________________



TONY JACK FRANKLIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95644






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant Tony Jack Franklin pled guilty to aggravated
assault. The trial court found the evidence sufficient to find Franklin guilty, but deferred
further proceedings, placed Franklin on probation for five years, and assessed a fine of
$500.00. On January 24, 2006, the State filed a motion to revoke Franklin's unadjudicated
probation. Franklin pled "true" to five violations of the conditions of his probation. The trial
court found that Franklin violated the conditions of his probation, found Franklin guilty of
aggravated assault, and assessed punishment at fifteen years of imprisonment.

 Franklin's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). We reviewed the appellate record, and we agree with counsel's conclusion that
no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.




 ______________________________

 STEVE McKEITHEN

 Chief Justice


Submitted on February 13, 2007

Opinion Delivered February 28, 2007 

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.